# Exhibit G

# Thomas Kenney

**From:** TeeChip Support <support@teechip.desk-mail.com>
**Sent:** Monday, July 25, 2016 11:51 AM
**To:** Thomas Kenney
**Subject:** RE: Repeated Infringement of The Life is Good Company's Trademarks

Type your response ABOVE THIS LINE to reply

**Thomas Kenney**
**Subject:** Repeated Infringement of The Life is Good Company's Trademarks

JUL 25, 2016 | 11:50AM EDT
**Brandon** replied:

Hello Thomas,

Thank you for bringing this matter to our attention. In order to see to your request for campaign removal, please submit a DMCA Takedown Request. For more information on our Intellectual Property Infringement procedure, please visit https://teechip.com/ip. If you have any questions about this, please do not hesitate to contact us.

Best,

Brandon
Customer Service Representative
support@teechip.com
TeeChip

JUL 20, 2016 | 05:13PM EDT
**Ali** replied:

Hello Thomas!

Thank you for contacting TeeChip!

I do apologize and understand how this can have a negative effect, Have you filled out the DMCA Takedown Request? If so, please forward this to copyright@teechip.com .to expedite the takedown.

I will send this to the appropriate department, as well.

For more information on our Intellectual Property Infringement procedure, please visit https://teechip.com/ip. If you have any questions about this, please do not hesitate to contact us.

Best,

1

Ali
Customer Service Representative
support@teechip.com
TeeChip

---

JUL 15, 2016 | 01:16PM EDT
**Thomas** replied:
Katherine,

You are not understanding this issue. It is not about a few campaigns that need to be removed – it is about widespread and rampant trademark infringement on your site that your company refuses to address. I have submitted numerous takedown requests, and the infringing campaigns keep appearing.

Please have a member of senior management or legal counsel contact me as soon as possible. We are preparing to file a lawsuit in federal court against TeeChip.

[Logo]<http://www.piercemandell.com/>


Thomas E. Kenney
Pierce & Mandell, P.C.
11 Beacon Street, Suite 800
Boston, MA 02108
(617) 720-2444 Phone
(617) 720-3693 Fax
(617) 619-7203 Direct Dial
(617) 619-7233 Direct Fax
tom@piercemandell.com<mailto:tom@piercemandell.com>
www.piercemandell.com<http://www.piercemandell.com>

2

CONFIDENTIALITY: This e-mail message and any attachments are confidential and may be privileged.
IRS CIRCULAR 230 DISCLOSURE: There is no tax advice in this email.

---

JUL 15, 2016 | 10:10AM EDT
**Katherine** replied:

Hello Thomas,

Thank you for bringing this matter to our attention. In order to see to your request for campaign removal, please submit a DMCA Takedown Request. For more information on our Intellectual Property Infringement procedure, please visit https://teechip.com/ip. If you have any questions about this, please do not hesitate to contact us.

Best,

Katherine
Customer Service Representative
support@teechip.com
TeeChip

---

JUL 11, 2016 | 10:05AM EDT
**Thomas** replied:
Dominique,

I am following up on our emails from late June. I never heard a response to our concerns about repeated instances of infringement of my client's trademarks on your site. You said on June 29 that you were going to forward my comments to the appropriate department. Is anyone going to contact me to discuss this very important matter?

Thank you.

[Logo]<http://www.piercemandell.com/>

Thomas E. Kenney
Pierce & Mandell, P.C.
11 Beacon Street, Suite 800
Boston, MA 02108
(617) 720-2444 Phone

(617) 720-3693 Fax  
(617) 619-7203 Direct Dial  
(617) 619-7233 Direct Fax  
tom@piercemandell.com<mailto:tom@piercemandell.com>  
www.piercemandell.com<http://www.piercemandell.com>

CONFIDENTIALITY: This e-mail message and any attachments are confidential and may be privileged. IRS CIRCULAR 230 DISCLOSURE: There is no tax advice in this email.

---

JUN 27, 2016 | 05:17PM EDT  
**Thomas** replied:  
Dear Sir/Madam:

Am I going to receive a substantive response to the attached letter, which I emailed you on June 13, 2016? I also note that a hard copy of the letter was signed for by your company on June 16, 2016.

Please respond substantively immediately. If not, then my client will proceed to file a federal court lawsuit against your company.

[Logo]<http://www.piercemandell.com/>

---

Thomas E. Kenney  
Pierce & Mandell, P.C.  
11 Beacon Street, Suite 800  
Boston, MA 02108  
(617) 720-2444 Phone  
(617) 720-3693 Fax  
(617) 619-7203 Direct Dial  
(617) 619-7233 Direct Fax

tom@piercemandell.com<mailto:tom@piercemandell.com>
www.piercemandell.com<http://www.piercemandell.com>

CONFIDENTIALITY: This e-mail message and any attachments are confidential and may be privileged. IRS CIRCULAR 230 DISCLOSURE: There is no tax advice in this email.

JUN 29, 2016 | 07:18AM EDT
**Dominique** replied:

Hello Thomas,

Thank you for contacting TeeChip. I am very sorry to hear about the frustrations experienced with your order – that is not the TeeChip commitment to excellence that we strive to provide.

Please know that I will be forwarding your comments on to the appropriate department in order to help ensure that this does not happen again. Please feel free to contact us if you have any additional questions.

Best,

Dominique
Customer Service Representative
support@teechip.com
TeeChip

JUN 13, 2016 | 05:48PM EDT
**Thomas** replied:
Thank you. I did submit a takedown request on June 9, 2016.

However, due to your company's repeated failures to cure rampant acts of infringement on your site, I must insist that your company's president or counsel respond to my demand letter as soon as possible.

JUN 13, 2016 | 05:19PM EDT
**India** replied:

Hello,

Thank you for bringing this matter to our attention. In order to see to your request for campaign removal, please submit a DMCA Takedown Request. For more information on our Intellectual Property Infringement procedure, please visit https://teechip.com/ip. If you have any questions about this, please do not hesitate to contact us.

Best,

India
Customer Service Representative
support@teechip.com
TeeChip

---

JUN 13, 2016 | 10:39AM EDT
Original message
**Thomas** wrote:

Dear Sir/Madam:

Please note the attached correspondence and exhibits.

Thomas E. Kenney
Pierce & Mandell, P.C.
11 Beacon Street, Suite 800
Boston, MA 02108
(617) 720-2444 Phone
(617) 720-3693 Fax
(617) 619-7203 Direct Dial
(617) 619-7233 Direct Fax
tom@piercemandell.com
www.piercemandell.com

CONFIDENTIALITY: This e-mail message and any attachments are confidential and may be privileged.
IRS CIRCULAR 230 DISCLOSURE: There is no tax advice in this email.

-----Original Message-----
From: Pierce & Mandell, P.C. Copier
Sent: Monday, June 13, 2016 1:26 PM
To: Thomas Kenney

6

Subject: Send data from MFP11263714 06/13/2016 10:25

Scanned from MFP11263714
Date:06/13/2016 10:25
Pages:18
Resolution:200x200 DPI
-----------------------------------------

This message was sent to tom@piercemandell.com in reference to Case #: 508244.