# Exhibit H

Demandware

Name = Bill Colburn

Email = bcolburn@hotmail.com

Phone =

Order Number =

My Question =General Product Question

Comment =Hey, is this your shirt design? As an Airstream owner and fan I absolutely love it, but I don't want to buy it unless it's yours, vs. someone pirating your designs for a quick buck. Thanks!
https://teechip.com/camping3


Thank you,
Christine



**Christine Skalkeas**
*eCommerce Customer Care*

The Life is Good Company
15 Hudson Park Drive
Hudson, NH 03051
**t.** (888) 339-2987 ex. 6151



**LifeisGood.com**

- View original email

Demandware

Name = Lynda Van Wyk

Email = lydiagoot@hotmail.com
Phone = 3607944788

Order Number =

My Question =General Product Question

Comment =Hi, I accidentally ordered 4 t shirts from teechip, thinking they were your wonderful life is good. I immediately tried to return them and they will not accept them, just want me to exchange. My bank is trying to help me and said maybe if you state that you are in litigation, trying to stop the scam, it could help my case. I hope you can help me, and I will be more careful of my order in the future. Thank you, Lynda Van Wyk


Shantelle Beyer
E-commerce Customer Care Manager

**The Life is Good Company**
15 Hudson Park Drive
Hudson, NH 03051
**t: 603-594-6103**



LifeisGood.com

#GROWtheGood

2